UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOMINICK RUGGIERO,

                Plaintiff,                  JUDGMENT

    v.                                                             24-CV-04923(LB)

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

        An Order of the Honorable Margo K. Brodie, United States District Judge, having been filed on October 8, 2024, reversing and remanding the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g); it is

        ORDERED and ADJUDGED that the final decision of the Commissioner is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g); and that on remand, the Commissioner will allow plaintiff an opportunity for a new hearing, take further action to complete the administrative record and issue a new decision.

Dated: Brooklyn, New York                                       Brenna B. Mahoney
       October 9, 2024                                           Clerk of Court

                                                                   By:    */s/Jalitza Poveda*
                                                                           Deputy Clerk